IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. PEREZ, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| AMERICAN FUTURE SYSTEMS, INC., et al., | : | NO. 12-6171 |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 21st day of October, 2013, having considered Defendants' "Motion for Entry of a Discovery Control Plan" (Doc. 16) and all responses thereto, it is hereby **ORDERED** that:

1. Plaintiff has properly invoked the informer's privilege.

2. Defendants' "Motion for Entry of a Discovery Control Plan" (Doc. No. 16) is **DENIED**.

3. Plaintiff shall disclose identities of employee-witnesses when a) witness declarations are used to support a dispositive motion, or, if not used in support of such a motion, b) at the pre-trial conference.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Court Judge