IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMES E. PEREZ | : CIVIL ACTION |
| | : |
| v. | : NO. 12-6171 |
| | : |
| AMERICAN FUTURE SYSTEMS, INC., et al | : |
| | : |

## ORDER

AND NOW, this 11th day of May 2016, after conferences with counsel and consideration of the Parties' joint stipulation regarding damages (ECF Doc. No. 87), it is **ORDERED**:

1. **JUDGMENT is entered in favor of Plaintiff and against Defendants in the amount of $1,916,000.00 comprised of $958,000.00 for unpaid minimum wages and $958,000.00 in liquidated damages under 29 U.S.C. § 216(c);**

2. The Stipulation (ECF Doc. No. 87) is **approved** allowing each party to now timely appeal the December 16, 2015 Opinion and Order (ECF Doc. Nos. 73, 74**)** as all claims are now dismissed with prejudice; and,

3. The Clerk of Court shall mark this case **closed**.

_____
KEARNEY, J.