# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>**Plaintiff,**<br><br>v.<br><br>AMERICAN FUTURE SYSTEMS, INC. d/b/a PROGRESSIVE BUSINESS PUBLICATIONS, a corporation; and EDWARD SATELL, individually and as President of the above referenced corporation,<br><br>**Defendants.** | **Civil Action No. 12-6171**<br><br>The Honorable Mark A. Kearney |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that American Future Systems, Inc. and Edward Satell, Defendants in the above-captioned case, hereby appeal to the United States Court of Appeals for the Third Circuit from: (1) the December 16, 2015 Opinion and Order (Dkt. Nos. 73 and 74), granting in part Plaintiff's motion for partial summary judgment and denying Defendants' motion for summary judgment; and (2) the Order of May 11, 2016 (Dkt. No. 88) entering judgment against Defendants and making final the December 16 order.

Dated: June 1, 2016

Respectfully submitted,

*/s/ Sarah E. Bouchard*
Sarah E. Bouchard
sarah.bouchard@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5077
(215) 963-5001 (fax)

DB1/ 87625646

                Lincoln O. Bisbee, admitted *pro hac vice*
                lincoln.bisbee@morganlewis.com
                MORGAN, LEWIS & BOCKIUS LLP
                1111 Pennsylvania Avenue, NW
                Washington, DC  20004
                (202) 739-3000
                (202) 739-3001 (fax)

                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Sarah E. Bouchard, hereby certify that on this 1st day of June 2016, I filed via the Court's ECF system, the foregoing document which caused electronic notification upon the following:

>Andrea C. Luby
>Adam F. Welsh
>A. Scott Hecker
>Bertha M. Astorga
>
>U.S. DEPARTMENT OF LABOR
>Office of the Solicitor
>Suite 630E, The Curtis Center
>Philadelphia, PA 19106
>
>*Attorneys for Plaintiff*

>/s/ Sarah E. Bouchard
>Sarah E. Bouchard
>sarah.bouchard@morganlewis.com
>MORGAN, LEWIS & BOCKIUS LLP
>1701 Market Street
>Philadelphia, PA 19103
>(215) 963-5077
>(215) 963-5001 (fax)