UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-2685
_____

SECRETARY UNITED STATES DEPARTMENT OF LABOR

v.

AMERICAN FUTURE SYSTEMS, INC. d/b/a PROGRESSIVE BUSINESS
PUBLICATIONS, a Corporation; EDWARD SATELL, Individually and as President of
the above referenced Corporation,

Appellants
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(No. 2-12-cv-06171)
District Judge: Honorable Mark A. Kearney
_____

Argued
February 9, 2017
_____

Before: McKEE, RENDELL, FUENTES, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came on to be heard on the record from the United States District Court

for the Eastern District of Pennsylvania and was argued on February 9, 2017.

On consideration whereof, it is hereby ORDERED and ADJUDGED by this court that the District Court's order entered on May 11, 2016 be AFFIRMED. All of the above in accordance with the opinion of this court.

Each Party to bear its own costs.

ATTEST:

s/ Marcia M. Waldron
Clerk

DATED: October 13, 2017

Certified as a true copy and issued in lieu of a formal mandate on December 4, 2017

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**